AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

## UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Gary Wilcox | ) | Case Number: 6:08-mj-00257/64-WMW |
| | ) | USM Number: |
| | ) | Charles Lee, A.F.D. |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    6:08-mj-00257-WMW:One, 6:08-mj-0064-WMW: Two and Four

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 2.35(b)(2) | Possession of Controlled Substance-Marijuana | 11/26/2008 | One/Four |
| 36 C.F.R. 4.23 (a)(2) | Driving Under the Influence of Alcohol >.08% | 4/27/2008 | Two |

    The defendant is sentenced as provided in pages 2 through   **3**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)    One and Three    ☐ is    ☒ are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/3/2009
Date of Imposition of Judgment

/s/ William M. Wunderlich
Signature of Judge

| William M. Wunderlich | U.S. Magistrate |
|---|---|
| Name of Judge | Title of Judge |

2/3/2009
Date

DEFENDANT: Gary Wilcox
CASE NUMBER: 6:08-mj-00257/64-WMW

## ADDITIONAL PROBATION TERMS

Defendant is placed on 12 months Unsupervised Probation.

Terms and conditions:

Pay fine total of $1170 and $30 penalty assessment in payments of $100 per month. Payments shall be mailed to The Clerk of Court, 501"I" St. #4200, Sacramento, CA 95814.

Obey all laws.

Do not use or possess controlled substance in Yosemite National Park.

Defendant shall serve 2 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 P.M on 3/20/2009. The Court recommends that the defendant serve said time in Mariposa County jail if space and security permit.