| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GARY WILCOX JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBERS: 6:08-mj-0064, 6:08-mj-0257 |
| Plaintiff, | ) | REQUEST FOR MODIFICATION OF SENTENCE AND AND [PROPOSED] ORDER THEREON |
| v. | ) | |
| GARY WILCOX JR., | ) | Magistrate: Hon. William M. Wunderlich |
| Defendant. | ) | |

On Mr. Wilcox's cases, he was sentenced by this court to serve an additional two days in custody. The recommendation from the court was for Mr. Wilcox to serve the two days at the Mariposa county jail. However, the Bureau of Prisons ordered Mr. Wilcox to turn himself into their facility in Kern County. Due to the economic hardship and time and distance of the facility, we would ask the court to convert the two days custody time to 20 hours of unpaid community service at any non-profit organization, due in 30 days.

Dated: March 17, 2009

DANIEL J. BRODERICK
Federal Defender

By: /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
Gary Wilcox

## ORDER

IT IS SO ORDERED THAT THE SENTENCE OF TWO DAYS IN CUSTODY FOR GARY WILCOX BE CONVERTED TO 20 HOURS OF UNPAID COMMUNITY SERVICE, WITH THE REMAINING TERMS AND CONDITIONS OF PROBATION TO CONTINUE IN FULL EFFECT.

DATED: 3/14/2009

HON. WILLIAM M. WUNDERLICH
United States Magistrate Judge
Eastern District of California